**Fill in this information to identify the case:**

Debtor 1: Dennis B Mercado

Debtor 2: Maria T Arzadon-Mercado
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 13-20919

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC2

**Last 4 digits** of any number you use to identify the debtor's account: 0891

**Court claim no:** (if known) 10

**Property address:** 249 Walsh Circle
Number    Street

Yorkville    IL    60560
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

[✓] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 13.00

c. **Total**. Add lines a and b. (c) $ 13.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 6 / 1 / 2018
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1 __Dennis B Mercado_____ Case number (*if known*) __13-20919_____
         First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/ Anita Robertson_____   Date __6__/__7__/__18____
  Signature

Print __Anita_____ _____ __Robertson_____   Title __Bankruptcy Case Manager__
       First Name        Middle Name        Last Name

Company __Shellpoint Mortgage Servicing_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address __PO Box 10826_____
        Number         Street

 __Greenville, SC 29603-0826_____
        City                State    ZIP Code

Contact phone ( __800__ ) __365__ – __7107_____   Email __mtgbk@shellpointmtg.com__



MONDAY - FRIDAY:  8AM - 10PM ET
SATURDAY:   8AM - 3PM ET

PHONE NUMBER:   (800) 365-7107
FAX NUMBER:  (866) 467-1187
E-MAIL: LOANSERVICING@SHELLPOINTMTG.COM

**Dennis Mercado  -  Loan ID**

## FEE DETAILS

| **Description** | **Amount** |
|---|---|
| Property Inspection | $13.00 |
| | **$13.00** |

| | |
|---|---|
| Shellpoint Mortgage Servicing<br>PO Box 10826<br><br>Greenville, SC  29603-0826 | Phone Number:    (800) 365-7107<br>Fax:                      (866) 467-1137<br>Email:   mtgbk@shellpointmtg.com |

RE: Debtor 1   Dennis Mercado
     Debtor 2   Maria Arzadon-Mercado

Case No:    1320919

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 6/7/2018.

Northern District of Illinois, Chicago Division
219 South Dearborn Street
Chicago, IL  60604


Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL  60532-4350


Kathleen Vaught
Kathleen Vaught, P.C.
600 W Roosevelt Ste B1
Wheaton,, IL  60187


Dennis Mercado
Maria Arzadon-Mercado
249 Walsh Cir
Yorkville IL  60560


/s/ Anita Robertson